- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

### NOTICE

The parties are **DIRECTED** to review the Court's Practices and Procedures available on the Court's website at http://www.insd.uscourts.gov/content/judge-jane-e-magnus-stinson under the "Trial and Courtroom Procedures" tab. Compliance with the Court's Practices and Procedures is mandatory and a failure to do so may result in motions or briefs being stricken, arguments being waived, orders requiring re-filing, or other Court action. Counsel is further cautioned to review the Court's Practices and Procedures periodically as they may be revised from time-to-time, to ensure that filings comply with the most recent version.

**Distribution via ECF only to all counsel of record**