UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**WARREN RICHARDS**
*on behalf of himself and others similarly situated*

Civil Action No.:   25-cv-1385

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**SHEIN DISTRIBUTION CORPORATION**

Defendant.
_____/

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: July 14, 2025

PLAINTIFF, on behalf of himself and others similarly situated,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100