UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-01385-JMS-TAB |
| ) | |
| SHEIN DISTRIBUTION CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF CASE REASSIGNMENT**

The Court, *sua sponte*, now orders this case randomly reassigned due to the requirements of workload pursuant to S.D. Ind. L.R. 40-1(f). The Clerk is directed to randomly reassign the case to another district judge. No magistrate judge reassignment shall occur.

Date: 7/14/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com