# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| **Warren Richards** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Shein Distribution Corporation** )<br>)<br>*Defendant* ) | Civil Action No. 1:25-cv-01385-JMS-TAB |

## AFFIDAVIT OF SERVICE

I, Jessica Garrett, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SHEIN DISTRIBUTION CORPORATION in Sacramento County, CA on July 15, 2025 at 11:11 am at 2804 Gateway Oaks Drive, Sacramento, CA 95833 by leaving the following documents with Rebecca yang who as Intake coordinator is authorized by appointment or by law to receive service of process for SHEIN DISTRIBUTION CORPORATION.

SUMMONS AND COMPLAINT

Asian Female, est. age Unknown, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=38.6161872191,-121.5162861502
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Sacramento County ,

CA   on   7/16/2025   .

/s/ *Jessica Garrett*
Signature
Jessica Garrett
+1 (279) 209-6553



Exhibit 1a)