**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> SHEIN DISTRIBUTION CORPORATION, <br><br> Defendants. | Case No: 1:25-cv-01385-TWP-TAB <br><br> Hon. Judge Tanya Walton Pratt <br><br> Hon. Magistrate Judge Tim A. Barker |

## NOTICE OF SHEIN'S FIRST EXTENSION OF TIME

Defendant SHEIN Distribution Corporation ("SHEIN"), by and through undersigned counsel and pursuant to Local Rule 6-1, hereby provides notice to the Court that SHEIN's deadline to file a responsive pleading to Plaintiff's Complaint is now September 2, 2025, and in support thereof states as follows:

1. On July 12, 2025, Plaintiff initiated this civil action against SHEIN by filing a Complaint in this Court. (ECF No. 1). On July 15, 2025, SHEIN was served. (ECF No. 9).

2. Pursuant to Federal Rule of Civil Procedure 12, SHEIN's deadline to file its responsive pleading is August 5, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Pursuant to this Notice, SHEIN's deadline to file a responsive pleading to Plaintiff's Complaint is now September 2, 2025, which is 28 days from August 5, 2025.

4. On August 1, 2025, counsel for Shein reached out to and conferred with counsel for Plaintiff. Plaintiff does not oppose the relief sought herein.

5. SHEIN's deadline to file a responsive pleading has not previously been extended.

6. A case management schedule has not yet been entered in this matter; as such, this extension will not interfere with any deadlines.

Dated: August 1, 2025                    /s/ David Krueger

David Krueger
Dkrueger@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square
Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-4500
Facsimile: (216) 363.4588

*Attorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system.

      /s/ David Krueger