AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Warren Richards ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01385 |
| SHEIN Distribution Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHEIN Distribution Corporation.

Date:   08/05/2025

/s/ David Krueger
*Attorney's signature*

David Krueger, OH Bar No. 0085072
*Printed name and bar number*

127 Public Square
Suite 4900
Cleveland, OH 44114

*Address*

dkrueger@beneschlaw.com
*E-mail address*

(216) 363-4500
*Telephone number*

(216) 363-4588
*FAX number*