UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION,<br><br>Defendant. | No: 1:25-cv-01385-TWP-TAB<br><br>Hon. Tanya Walton Pratt<br><br>Hon. Magistrate Tim A. Baker |

**SHEIN DISTRIBUTION CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Shein Distribution Corporation ("Shein"), by counsel, pursuant to Fed. R. Civ. P. 7.1 hereby states that Shein is a Delaware corporation whose indirect operating parent is Roadget Business Pte. Ltd., and no publicly held corporation owns 10% or more of Shein's stock.

1

Dated: September 2, 2025						Respectfully submitted,


							/s/ David M. Krueger

							David M. Krueger
							dkrueger@beneschlaw.com
							**BENESCH, FRIEDLANDER,**
							**COPLAN & ARONOFF LLP**
							127 Public Square, Suite 4900
							Cleveland, Ohio 44114
							Telephone: (440) 313-2974
							Facsimile: (216) 363-4588

							Mark S. Eisen (admitted *pro hac vice*)
							meisen@beneschlaw.com
							**BENESCH, FRIEDLANDER,**
							**COPLAN & ARONOFF LLP**
							71 S. Wacker Drive, Suite 1600
							Chicago, Illinois 60606
							Telephone: (312) 212-4949
							Facsimile: (312) 767-9192

							*Counsel for Shein Distribution Corporation*

## **CERTIFICATE OF SERVICE**

      I, David M. Krueger, certify that on September 2, 2025, I filed Shein Distribution Corporation's Corporate Disclosure Statement with the Clerk of the Court using its CM/ECF system, which will automatically send electronic notification of this filing to all attorneys of record in this action.


                                                  /s/ David M. Krueger

                                                  David M. Krueger