**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated,* )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) )<br>) | No: 1:25-cv-01385-TWP-TAB |
| ) | Hon. Tanya Walton Pratt |
| SHEIN DISTRIBUTION CORPORATION, ) | Hon. Magistrate Tim A. Baker |
| Defendant. )<br>) | **ORAL ARGUMENT REQUESTED** |

**SHEIN DISTRIBUTION CORPORATION'S**
**MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Defendant Shein Distribution Corporation ("Shein") respectfully moves this Court for an order dismissing Warren Richards' claim with prejudice for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, and as detailed further in Shein's Memorandum in support filed simultaneously herewith, Shein contends that Plaintiff's single claim for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c)(5), does not apply to text messages—the only outreach at issue. Plaintiff cannot, as a result, state a claim for relief.

2

Dated: September 2, 2025

Respectfully submitted,

/s/ David M. Krueger

David M. Krueger
dkrueger@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (440) 313-2974
Facsimile: (216) 363-4588

Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Shein Distribution Corporation*

**CERTIFICATE OF SERVICE**

I, David M. Krueger, certify that on September 2, 2025, I filed Defendant Shein Distribution Corporation's Motion to Dismiss Pursuant to Rule 12(b)(6) with the Clerk of the Court using its CM/ECF system, which will automatically send electronic notification of this filing to all attorneys of record in this action.

/s/ David M. Krueger

David M. Krueger