UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION,<br><br>Defendant. | No: 1:25-cv-01385-TWP-TAB<br><br>Hon. Tanya Walton Pratt<br><br>Hon. Magistrate Tim A. Baker<br><br>**ORAL ARGUMENT REQUESTED** |

**SHEIN DISTRIBUTION CORPORATION'S MOTION TO STAY PROCEEDINGS PENDING CRITICAL SEVENTH CIRCUIT APPEAL
OR ALTERNATIVELY TO STAY DISCOVERY PENDING MOTION TO DISMISS**

Defendant Shein Distribution Corporation ("Shein") respectfully moves this Court to stay this action pending the Seventh Circuit appeal in the matter captioned *Steidinger, et al v. Blackstone Medical Services*, No. 25-2398, which is set to resolve a fundamental issue in this case—whether the provision at issue here, 47 U.S.C. § 227(c)(5), applies to text messages. Alternatively, Shein respectfully requests that this Court stay discovery pending a ruling on Shein's Motion to Dismiss, filed simultaneously herewith.

1

Dated: September 2, 2025                    Respectfully submitted,

                                                          /s/ David M. Krueger
David M. Krueger
dkrueger@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (440) 313-2974
Facsimile: (216) 363-4588

Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Shein Distribution Corporation*

3

**CERTIFICATE OF SERVICE**

    I, David M. Krueger, certify that on September 2, 2025, I filed Shein Distribution Corporation's Motion to Stay Proceedings with the Clerk of the Court using its CM/ECF system, which will automatically send electronic notification of this filing to all attorneys of record in this action.

/s/ David M. Krueger

David M. Krueger