**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and others similarly situated*, | ) ) ) ) Civil Action No.: 1:25-cv-01385 |
| Plaintiff, | ) ) Class Action Complaint |
| v. | ) ) Jury Trial Demanded |
| SHEIN DISTRIBUTION CORPORATION | ) ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY**

Plaintiff has moved for a thirty (30) day extension of time to respond to Defendant's Motion to Dismiss (Dkt. 17) and Motion to Stay (Dkt. 19). Having reviewed the motion, and for good cause shown, the Court finds that the requested extension is appropriate.

Accordingly, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall have up to and including October 23, 2025, to file responses to Defendant's Motion to Dismiss and Motion to Stay.

IT IS SO ORDERED.

Dated: _____, 2025

_____
United States District Court