UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WARREN RICHARDS,<br>*on behalf of himself and*<br>*others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION<br><br>Defendant. | ) Civil Action No.: 1:25-cv-01385<br>)<br>) Class Action Complaint<br>)<br>) Jury Trial Demanded<br>) |

# **ORDER**

Plaintiff has moved for a thirty (30) day extension of time to respond to Defendant's Motion to Dismiss (Dkt. 17) and Motion to Stay (Dkt. 19). Having reviewed the motion, and for good cause shown, the Court finds that the requested extension is appropriate.

Accordingly, it is hereby ORDERED that Plaintiff's Motion is **GRANTED.** [Dkt. 20.] Plaintiff shall have up to and including October 23, 2025, to file responses to Defendant's Motion to Dismiss and Motion to Stay.

SO ORDERED.

Date: 9/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record via CM/ECF

1