UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WARREN RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01385-TWP-TAB |
| | ) | |
| SHEIN DISTRIBUTION CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON SEPTEMBER 30, 2025, INITIAL PRETRIAL CONFERENCE**

Parties appeared by counsel September 30, 2025, for a telephonic initial pretrial conference. The Court stays the approval of the parties' proposed Case Management Plan [Filing No. 24]. The Court also stays briefing on Defendant's pending motion to dismiss [Filing No. 16]. No discovery shall occur pending further order. The parties shall promptly file a notice with this Court when the Seventh Circuit Court of Appeals issues its ruling in *Steidinger v. Blackstone Medical Services*, No. 25-2398. Defendant's motion to stay [Filing No. 18] remains under advisement pending a ruling following the completion of briefing.

Date: 9/30/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email