UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) Cause No. 1:25-cv-01385-TWP-TAB |
| SHEIN DISTRIBUTION CORPORATION, | ) ) |
| Defendant(s). | ) ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Michael Skocpol respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Warren Richards in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Bar of the District of Columbia, Bar of the Commonwealth of Massachusetts; U.S. District Court for the District of Columbia; see attached addendum for other admissions.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: October 16, 2025                Respectfully submitted,

/s/Michael Skocpol
Michael Skocpol
Gupta Wessler LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Tel: (202) 888-1741
Fax: (202) 888-7792
*michael@guptawessler.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Cause No. 1:25-cv-01385-TWP-TAB |
| | ) |
| SHEIN DISTRIBUTION CORPORATION, | ) |
| | ) |
| Defendant(s). | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Michael Skocpol, counsel for Warren Richards for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Michael Skocpol
Gupta Wessler LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Tel: (202) 888-1741
Fax: (202) 888-7792
michael@guptawessler.com


Distribution list:

To all registered counsel by CM/ECF

## BAR MEMBERSHIPS OF MICHAEL SKOCPOL

| Name of Bar/Court | Bar No. (if any) | Date admitted | Date renewed | Status |
| --- | --- | --- | --- | --- |
| District of Columbia Bar | 1659449 | 10/9/2020 | | Active |
| Massachusetts Bar | 696871 | 6/9/2017 | | Active |
| Supreme Court of the United States | | 5/22/2023 | | Active |
| U.S. District Court for the District of Columbia | 1659449 | 3/1/2021 | 4/23/2025 | Active |
| U.S. Court of Appeals for the Second Circuit | | 8/28/2020 | | Active |
| U.S. Court of Appeals for the Third Circuit | | 11/2/2021 | 3/28/2024 | Active |
| U.S. Court of Appeals for the Fourth Circuit | | 2/23/2023 | | Active |
| U.S. Court of Appeals for the Seventh Circuit | | 5/1/2020 | | Active |
| U.S. Court of Appeals for the Eighth Circuit | 24-0121 | 3/5/2024 | | Active |
| U.S. Court of Appeals for the Ninth Circuit | | 4/28/2020 | | Active |
| U.S. Court of Appeals for the Tenth Circuit | | 5/14/2021 | | Active |
| U.S. Court of Appeals for the D.C. Circuit | | 6/8/2022 | | Active |