UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, )<br>  )<br>    Plaintiff(s), )<br>  )<br>v. )<br>  )<br>SHEIN DISTRIBUTION CORPORATION, )<br>  )<br>    Defendant(s). ) | Cause No. 1:25-cv-01385-TWP-TAB |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Matthew W.H. Wessler, counsel for Plaintiff Warren Richards for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion [Filing No. 26] be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

Matthew W.H. Wessler
Gupta Wessler LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Tel: (202) 888-1741
Fax: (202) 888-7792
matt@guptawessler.com

    SO ORDERED.

Date: 10/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF