UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Cause No. 1:25-cv-01385-TWP-TAB |
| | ) |
| SHEIN DISTRIBUTION CORPORATION, | ) |
| | ) |
| Defendant(s). | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Michael Skocpol, counsel for Plaintiff, Warren Richards for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion [Filing No. 27] be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

Michael Skocpol
Gupta Wessler LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Tel: (202) 888-1741
Fax: (202) 888-7792
michael@guptawessler.com

SO ORDERED.

Date: 10/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF