UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated*, )<br>Plaintiff, )<br>v. )<br>SHEIN DISTRIBUTION CORPORATION, )<br>Defendant )<br>) | No. 1:25-cv-01385-TWP-TAB<br>Hon. Tanya Walton Pratt<br>Hon. Magistrate Tim A. Baker |

**JOINT STATUS REPORT AND REQUEST FOR BRIEFING SCHEDULE**

In light of the Court's November 4, 2025 Order staying discovery until the motion to dismiss is decided (ECF No. 32), the parties have conferred and agreed to submit a briefing schedule on the motion to dismiss (ECF No. 16). The parties request that Plaintiff's opposition will be filed by December 1, 2025, and Defendant's reply will be due December 22, 2025.

Dated: November 5, 2025

| | |
|---|---|
| */s/ Anthony I. Paronich*<br>Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com<br><br>*Counsel for Plaintiff* | By:<br>*/s/ Mark S. Eisen*<br>David M. Krueger<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>127 Public Square<br>Suite 4900<br>Cleveland, OH 44114<br>440-313-2974<br>dkrueger@beneschlaw.com<br><br>Mark S. Eisen<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 South Wacker Drive<br>Suite 1600<br>Chicago, IL  60606-4637<br>312-506-3442<br>meisen@beneschlaw.com |