# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated,* )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SHEIN DISTRIBUTION CORPORATION, )<br>)<br>Defendant. )<br>) | No: 1:25-cv-01385-TWP-TAB<br><br>Hon. Tanya Walton Pratt<br><br>Hon. Magistrate Tim A. Baker |

## [PROPOSED] ORDER GRANTING SHEIN DISTRUBUTION CORPORATION'S MOTION FOR ORAL ARGUMENT

Defendant Shein Distribution Corporation has moved to hold an oral argument regarding its Motion to Dismiss Pursuant to Rule 12(b)(6), (Dkt. 16, 17). The Court, having reviewed the Motion for Oral Argument and being duly advised, finds oral argument appropriate for the resolution of the Motion to Dismiss.

Accordingly, it is hereby ORDERED that Shein's Motion for Oral Argument is GRANTED. Oral argument on the Motion to Dismiss, is scheduled for _____, 2026 at _____ a.m. / p.m. in Courtroom 330, Birch Bayh Federal Building & U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

Counsel for each party will be allotted \_\_\_\_ minutes for arguments.

IT IS SO ORDERED.

DATED: _____, 2025

_____
United States District Court