UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-01385-TWP-TAB |
| SHEIN DISTRIBUTION CORPORATION, | ) ) | Hon. Tanya Walton Pratt |
| Defendant | ) ) ) ) | Hon. Magistrate Tim A. Baker |

## **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING**

Plaintiff Warren Richards respectfully moves to continue the hearing currently set for February 10, 2026. In support, Plaintiff states as follows:

1. Counsel for the Plaintiff has advised the Court and opposing counsel that it is not available on February 10, 2026, the current date for oral argument in this matter.

2. Counsel for the parties have conferred in good faith regarding alternative dates and jointly seek a brief continuance of the hearing for scheduling efficiency.

3. The parties proposed February 24, 2026, but the Court advised it was not available.

4. The parties propose that the hearing be reset for a date during the week of March 2, 2026, at the Court's convenience.

5. This modest continuance will not prejudice any party and will assist counsel in coordinating schedules efficiently.

6. Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court continue the February 10, 2026 hearing and reset it for a date the week of March 2, 2026, or such other date as the Court deems appropriate.

Dated: February 4, 2026    /s/ *Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*