# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated*, </br></br> Plaintiff, </br></br> v. </br></br> SHEIN DISTRIBUTION CORPORATION, </br></br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) </br> No. 1:25-cv-01385-TWP-TAB </br></br> Hon. Tanya Walton Pratt </br></br> Hon. Magistrate Tim A. Baker |

**[PROPOSED] ORDER ON PLAINTIFF'S
UNOPPOSED MOTION TO CONTINUE HEARING**

The Court, having reviewed Plaintiff's Unopposed Motion to Continue Hearing, and being duly advised, ORDERS as follows:

1. Plaintiff's Unopposed Motion to Continue Hearing is GRANTED.

2. The hearing currently set for February 10, 2026, is hereby CONTINUED.

3. The hearing shall be reset for a date during the week of March 2, 2026, at the Court's convenience, or for such other date as the Court deems appropriate.

IT IS SO ORDERED.

Date: _____

_____
Hon. Tanya Walton Pratt
United States District Judge