UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION,<br><br>Defendant | No. 1:25-cv-01385-TWP-TAB<br><br>Hon. Tanya Walton Pratt<br><br>Hon. Magistrate Tim A. Baker |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING

The Court, having reviewed Plaintiff's Unopposed Motion to Continue Hearing, and being duly advised, ORDERS as follows:

1. Plaintiff's Unopposed Motion to Continue Hearing is GRANTED.

2. The hearing currently set for February 10, 2026, is hereby **VACATED**.

3. The hearing is reset for March 10, 2026 at 10:00 a.m., Courtroom 344, United States Courthouse, Indianapolis, Indiana. Parties will each have 30 minutes to present argument.

IT IS SO ORDERED.

Date: 2/5/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF