**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-01385-TWP-TAB |
| SHEIN DISTRIBUTION CORPORATION, | ) ) | Hon. Tanya Walton Pratt |
| Defendant. | ) ) ) ) | Hon. Magistrate Tim A. Baker |

### PLAINTIFF'S MOTION TO WITHDRAW MICHAEL SKOCPOL AS COUNSEL

The plaintiff respectfully moves to withdraw Michael Skocpol, admitted *pro hac vice*, as counsel in this matter. The plaintiff will continue to be represented by other counsel from Gupta Wessler LLP who have appeared in this case.

Dated: February 18, 2026

Respectfully submitted,

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler*
**GUPTA WESSLER LLP**
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt@guptawessler.com*

Anthony Paronich (SBN 088733)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
*anthony@paronichlaw.com*

*Counsel for Plaintiff*

---

*admitted pro hac vice

1

## CERTIFICATE OF SERVICE

I, Matthew W.H. Wessler, certify that on February 18, 2026, I filed this Motion to Withdraw Michael Skocpol as Counsel with the Clerk of the Court using its CM/ECF system, which will automatically send electronic notification of this filing to all attorneys of record in this action.

/s/ *Matthew W.H. Wessler*
Matthew W.H. Wessler