UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated*,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SHEIN DISTRIBUTION CORPORATION,  )<br>)<br>Defendant.  ) | Cause No. 1:25-cv-01385-TWP-TAB<br>Hon. Tanya Walton Pratt<br>Hon. Magistrate Tim A. Baker |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW MICHAEL SKOCPOL AS COUNSEL**

This cause has come before the Court upon the motion of Matthew W.H. Wessler, counsel for Warren Richards, to withdraw Michael Skocpol as counsel in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

**IT IS SO ORDERED.**


DATED: _____, 2026


_____

United States District Judge


Distribution list:

To all registered counsel by CM/ECF