UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) ) | Cause No. 1:25-cv-01385-TWP-TAB Hon. Tanya Walton Pratt |
| v. | ) ) | Hon. Magistrate Tim A. Baker |
| SHEIN DISTRIBUTION CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW MICHAEL SKOCPOL AS COUNSEL**

This cause has come before the Court upon the motion of Matthew W.H. Wessler, counsel for Plaintiff Warren Richards, to withdraw Michael Skocpol as counsel in this case, and the Court, being fully advised, hereby grants the Motion.  [Filing No. 45.]

IT IS THEREFORE ORDERED that the appearance of Michael Skocpol is hereby withdrawn.

Date: 2/23/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email