UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> SHEIN DISTRIBUTION CORPORATION, <br><br> Defendant. | No: 1:25-cv-01385-TWP-TAB <br><br> Hon. Tanya Walton Pratt <br><br> Hon. Magistrate Tim A. Baker |

### SHEIN DISTRIBUTION CORPORATION'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

1. Defendant Shein Distribution Corporation ("Shein") respectfully provides notice of a recent decision bearing on Shein's Motion to Dismiss. (Dkt. 16, 17.)

2. Specifically, in its Motion to Dismiss, Shein sought dismissal of Plaintiff's claim under the Telephone Consumer Protection Act ("TCPA), 47 U.S.C. § 227(c)(5) on the basis that Subsection 227(c)(5) applies only to *telephone calls* and does not apply to *text messages*.

3. On March 3, 2026, a Northern District of Ohio court issued a decision captioned *Stockdale v. Skymount Prop. Grp., LLC*, No. 1:25 CV 1282, 2026 WL 591842, at *1 (N.D. Ohio Mar. 3, 2026) (attached hereto). In *Stockdale*, the Court engaged in a thorough and independent analysis of the issue at hand here, looking to the "plain meaning of 'telephone call' at the time Congress enacted the TCPA." *Id.* at *3. The Court looked not only at the meaning of the term "call," but also the term "telephone," and held that "'telephone call' could not include modern-day text messages because text messages do not use a telephone to reproduce sounds at a distance." *Id.* The Court further determined that it is the responsibility of Congress to fill the gap left following the reversal of *Chevron*. *Id.* at *4.

1

6.   This Court should follow the logic and analysis of this decision, in addition to those decisions cited by Shein in its papers.

Dated: March 6, 2026                               Respectfully submitted,

                                                   SHEIN DISTRIBUTION CORPORATION

                                                   By: /s/ Mark S. Eisen

                                                   David M. Krueger
                                                   Benesch, Friedlander, Coplan & Aronoff LLP
                                                   127 Public Square
                                                   Suite 4900
                                                   Cleveland, OH 44114
                                                   440-313-2974
                                                   dkrueger@beneschlaw.com

                                                   Mark S. Eisen (admitted *pro hac vice*)
                                                   Benesch, Friedlander, Coplan & Aronoff LLP
                                                   71 South Wacker Drive
                                                   Suite 1600
                                                   Chicago, IL   60606-4637
                                                   312-506-3442
                                                   meisen@beneschlaw.com

                                                   *Counsel for Shein Distribution Corporation*