**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WARREN RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01385-TWP-TAB |
| | ) | |
| SHEIN DISTRIBUTION CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY CONVERTING DISMISSAL TO BE WITH PREJUDICE AND**
**DIRECTING ENTRY OF FINAL JUDGMENT**

On March 26, 2026, the Court granted Defendant Shein Distribution Corporation's Motion to Dismiss, dismissing Plaintiff Warren Richards' ("Richards") claims without prejudice and granting Richards leave of fourteen days in which to file an amended complaint (Filing No. 59). The Court explained that "[i]f nothing is filed within that time, the Motion to Dismiss will be converted to a dismissal with prejudice, and final judgment will issue." *Id.* at 10. The deadline has passed, and Richards has not filed an amended complaint. Accordingly, Richards' claims are **DISMISSED with prejudice**, and final judgment consistent with the Court's March 26, 2026 Order and this Entry will now issue.

**SO ORDERED**.

Date:   4/17/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark S. Eisen
Benesch Friedlander Coplan & Aronoff LLP
meisen@beneschlaw.com

Jessica Garland
Gupta Wessler LLP
jessie@guptawessler.com

David M. Krueger
Benesch Friedlander Coplan & Aronoff
dkrueger@beneschlaw.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

Matthew Wessler
Gupta Wessler LLP
matt@guptawessler.com