**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WARREN RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-01385-TWP-TAB |
| ) | |
| SHEIN DISTRIBUTION CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**. This case is **DISMISSED with prejudice**, and this action is **TERMINATED**.

Dated: 4/17/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Mark S. Eisen
Benesch Friedlander Coplan & Aronoff LLP
meisen@beneschlaw.com

Jessica Garland
Gupta Wessler LLP
jessie@guptawessler.com

David M. Krueger
Benesch Friedlander Coplan & Aronoff
dkrueger@beneschlaw.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

Matthew Wessler
Gupta Wessler LLP
matt@guptawessler.com