# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 19, 2026

**To:**    Kristine L. Seufert
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the
Seventh Circuit:

Appellate Case No: 26-2083

Caption:
WARREN RICHARDS,
            Plaintiff - Appellant

v.

SHEIN DISTRIBUTION CORPORATION,
            Defendant - Appellee

District Court No: 1:25-cv-01385-TWP-TAB
Clerk/Agency Rep Kristine L. Seufert
District Judge Tanya Walton Pratt

Date NOA filed in District Court: 05/18/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)